

# Fourth Court of Appeals
## San Antonio, Texas

July 22, 2014

No. 04-14-00483-CV

Rowland **MARTIN**, Jr.,
Appellant

v.

Edward **BRAVENEC**, and The Law Office of Mcknight and Bravenec,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-07644
Honorable Dick Alcala, Judge Presiding

# O R D E R

The trial court clerk has filed a notification of late record stating that the clerk's record has not been filed because appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant is not entitled to appeal without paying the fee. It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_Catherine Stone_
Catherine Stone, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of July, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court